

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

RADOSLAW MUSIEJUK

_____,

**Plaintiff(s),**

vs.

ABBEY FISHMAN ROMANEK,
GRACE G DICKLER,
TIMOTHY C. EVANS
MICHAEL **Defendant(s).** DENO
KWAME RAOUL
ILLINOIS STATE DEPARTMENT OF HEALTHCARE AND FAMILY SERVICES

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:22-cv-04173
Judge Edmond E. Chang
Magistrate Judge Heather K. McShain
RANDOM

Case No.

**RECEIVED**

AUG 09 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is RADOSLAW MUSIEJUK.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

4. Defendant, 1) ABBEY FISHMAN ROMANELL, ATTACHED UNDER 2nd next page, is
   (name, badge number if known)

   ☒ an officer or official employed by CIRCUIT COURT OF COOK COUNTY
   (department or agency of government)
   _____or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is COOK COUNTY. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about 2019-2022, at approximately hiring time ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of CIRCUIT COURT, in the County of COOK, State of Illinois, at COURTROOM 3008 or via ZOOM HIRINGS
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☐ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other: Complaint ~~the JUDGE KASHAS~~ under RM 1st and 14th AMENDMENT under U.S. Constitution

2

2). GRACE G. DICKLER, CIRCUIT COURT OF COOK COUNTY, PRESIDING JUDGE DOMESTIC RELATIONS DIVISION

DEFENDANT

3). TIMOTHY C. EVANS, OFFICE OF THE CHIEF JUDGE, CIRCUIT COURT OF COOK COUNTY

DEFENDANT

4). MICHAEL DENO, EXECUTIVE DIRECTOR & GENERAL CONSEL, STATE OF ILLINOIS JUDICIAL INQUIRY BOARD,

DEFENDANT

5). KWAME RAOUL, ATTORNEY GENERAL, OFFICE OF THE ATTORNEY GENERAL STATE OF ILLINOIS

DEFENDANT

6). ILLINOIS DEPARTMENT OF HEALTHCARE AND FAMILY SERVICES (CHILD SUPPORT SERVICE)

DEFENDANT

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): _____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

   ~~FAILURE TO PAY CHILD SUPPORT~~

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows *unjustified refusal to accept cash confirmations paid to child support by the defendant.*

   ☒ Other: *FAILURE TO ENFORCED THE RULES CONTAINED IN THE CONTRACT CONCLUDED IN DISSOLUTION MARRIAGE MAY 17 2017 UNDER 1st AND 14th AMENDMENT UNDER U.S. CONSTITUTION*

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Attached in the AFFIDAVIT

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

THE DEFENDANTS IN A CONSPIRATORIAL, CORRUPT AND ORGANIZED MANNER VIOLATED THE CONTRACT APPROVED BY THE COURT ON MAY 17 2017. AS A RESULT, I AM UNABLE TO WORK TO SUPPORT MY CHILDREN AND MYSELF. AND THEY HAVE ALSO BEEN ~~KIDNAPPED~~ COMPLAINT AND STRIPPED OF MY CONSTITUTIONAL RIGHTS UNDER the 1st AND 14th AMENDMENT UNDER U.S. CONSTITUTION (PLEASE SEE ATTACHED AFFIDAVIT)

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Radoslaw Musiejuk*

Plaintiff's name *(print clearly or type)*: RADOSLAW MUSIEJUK

Plaintiff's mailing address: 1359 HARDING AVE

City DES PLAINES  State IL  ZIP 60016

Plaintiff's telephone number: (773) 366 4642

Plaintiff's email address *(if you prefer to be contacted by email)*: MRANDY60616@GMAIL.COM

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  |  |
|---|---|---|
| Plaintiff | ) ) ) ) ) | **United States District Court**<br>**Northern District of Illinois** |
| v. | ) ) ) ) |  |
| Defendant | ) |  |

## COMPLAINT

IN THE AFFIDAVIT ATTACHED

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

| | |
|---|---|
| **RADOSLAW MUSIEJUK**<br><br>Petitioner\Plaintiff,<br><br>-v-<br><br>The Honorable Abbey Fishman Romanek, Judge Circuit Court of Cook County<br>The Honorable Grace G. Dickler, Presiding Judge Domestic Relations Division, Cook County Circuit Court Illinois State<br>The Honorable Timothy C. Evans, Office of the Chief Judge, Circuit Court of Cook County<br>Illinois Department of Healthcare and Family Services (Child Support Service),<br>Michael Deno, Executive Director & General Counsel, State of Illinois Judicial Inquiry Board<br>Kwame Raoul, Attorney General, Office of The Attorney General State of Illinois<br><br>**Respondent\ Defendant** | **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS** |

## AFFIDAVIT

I, RADOSLAW MUSIEJUK, OF DES PLAINES, IN COOK COUNTY, ILLINOIS who is the PETITIONER, BEING DULY SWORN STATE UNDER THE OATH THAT:

1. The one interpretation of the law is constitutional and the other is not, the constitutional interpretation must prevail. Support 1st and 14th Amendment under U.S. Constitution; Thownsend vs. State 427 S.W. 2d 55; Ableman vs. Booth 62 U.S. 506; Cooper vs. Aaron 358 U.S. (1958)

2. The judgment for dissolution of marriage with the agreement between RADOSLAW MUSIEJUK AND ANNA MUSIEJUK, have been signed and complied with in all respects of the Judge Abbey Romanek at May 17 2017. Support 1st Amendment under U.S. Constitution;

3. Each parties release and relinquish to each other complete and irrevocable settlement and full satisfaction and determination of all claims, rights, title, demand and interest of every kind, nature and description that each may have against the other, including all liabilities. Support 1st Amendment under U.S. Constitution;

4. Each party has voluntarily accepted the agreement contained in the JUDGMENT FOR DISSOLUTION OF MARRIAGE by signing with their own signature, as proof of which the parties hereby placed their hands and seal, all on the date and year of May 05 2017, the parties do hereby freely and voluntarily agree by and between themselves as follows:

A. "D" . The balance of the loan shall be the responsibility of Ms. Musiejuk. She shall also pay all assessments and taxes on the property and hold Mr. Musiejuk harmless therefrom.

B. "H". Each of the parties shall waive any and all claims to maintenance, one from the other.

C. "O". Each of the parties shall be responsible for their own attorney fees in connection with this agreement and proceedings.

D."P". The parties further understand that if approved by the court and incorporated into the Judgment of Dissolution prayed in said court, said agreement shall have the force of law, and each of the parties will be directed to carry forward the terms of this

agreement and shall be required by the court to justify their compliance with this agreement, or punished as the court may direct for their failure to abide by the terms and conditions of said agreement.

E. "D". The parties agree to share expenses EQUALLY and to review the needs of the children and the contribution of each to the expenses monthly. Mr. Musiejuk shall pay half of the ordinary expenses and reimburse the difference to Ms. Musiejuk monthly. Either party may at any time seek to reduce the child support agreement to a percentage monthly payment instead of the monthly computation system they are using.

Support 1st Amendment under U.S. Constitution;

5. I object and conclude a crime and fraud to violate the Petitioner RADOSLAW MUSIEJUK the Civil and Constitutional Rights of a Citizen under the color of law, that:

   A. Signed by Honorable Judge ABBEY FISHMAN ROMANEK, JUDGEMNT FOR DISSOLUTION OF MARRIAGE SIGNED AT MAY 17 2017, in all hearings after 2017, corrupt the ordinances contained in the Dissolution of Marriage agreement between RADOSLAW MUSIEJUK and ANNA MUSIEJUK. Support: act of contract in JUDGMENT FOR DISSOLUTION OF MARRIAGE, May 17 2017, PETITIONER RADOSLAW MUSIEJUK, RESPONDENT ANNA MUSIEJUK. Support: 1st and 14th Amendment under U.S. Constitution

B. During the hearings, Honorable Judge ABBEY FISHMAN ROMANEK acts intentionally and knowingly to deprive the petitioner RADOSLAW MUSIEJUK of his constitutional rights and freedom of speech. Judge, exercises no discretion and individual judgment; Mrs. ABBEY FISHMAN ROMANEK acts no longer as a judge, but as a "minister" of his own prejudices. Support: Pierson v. Ray (1967), 1st and 14th Amendment under U.S. Constitution

C. As a Petitioner I cannot talk, I scream to jurisdiction, as I have no jurisdiction in Cook County Circuit Court law. Support: Matter of Burns V. Burns (1967), 1st and 14th Amendment under U.S. Constitution, 15 U.S. code § 1673, Marshall v. District Court for Forty-First-b Judicial District of Michigan, 444 F. Supp. 1110 (E.D. Mich. 1978)

D. The Judge and the Cook County Circuit Court, take away my power of authority to my speech to my biological children and to convert it to someone else. Support: The 1st Amendment U.S. CONSTITUTION

E. As my children are my biological children, Judge Abbey Fishman Romanek, The Honorable Grace G. Dickler, The Honorable Timothy C. Evans, Michael Deno, State of Illinois Judicial Inquiry Board, Kwame Raoul, violated my civil and Constitutional rights, to get same rights to the children regardless of married or divorced. Support: The 1st and 14th Amendment under U.S. CONSTITUTION

F. The Honorable Abbey Fishman Romanek, Judge Circuit Court of Cook County, The Honorable Grace G. Dickler, Presiding Judge Domestic Relations Division,

Cook County Circuit Court Illinois State, The Honorable Timothy C. Evans, Office of the Chief Judge, Circuit Court of Cook County, Illinois Department of Healthcare and Family Services (Child Support Service), Michael Deno, Executive Director & General Counsel, State of Illinois Judicial Inquiry Board, Kwame Raoul, Attorney General, Office of The Attorney General State of Illinois, violated Petitioner U.S. Civil and Constitutional rights, freedom of speech, lid to vexation, belligevent, litigant to protect his family relationship to:

- spend same time as Respondent has

- rear their children, including same rights Petitioner and Respondent to determine who shall educate and socialize them

- rights in the care, custody, and control of their children

- equally spend money of Petitioner and Respondent for their children

Support: The 1st and 14th Amendment U.S. CONSTITUTION, Stanley v. Illinois, 405 U.S. 645 (1972); Pierce v. Society of Sisters, 268 U.S. 510 (1925); 45 CFR 302.65

G. The Honorable Abbey Fishman Romanek, Judge Circuit Court of Cook County, The Honorable Grace G. Dickler, Presiding Judge Domestic Relations Division, Cook County Circuit Court Illinois State, The Honorable Timothy C. Evans, Office of the Chief Judge, Circuit Court of Cook County, Illinois Department of Healthcare and Family Services (Child Support Service), Michael Deno, Executive Director & General Counsel, State of Illinois Judicial Inquiry Board, Kwame Raoul, Attorney General, Office of The Attorney General State of Illinois, violation Petitioner rights to be enslave, and equal protection of the laws.

Support: The 14th Amendment under U.S. CONSTITUTION (ratified in 1868), 15 U.S. code § 1673; 45 CFR 302.65

H. The Honorable Abbey Fishman Romanek, Judge Circuit Court of Cook County, The Honorable Grace G. Dickler, Presiding Judge Domestic Relations Division, Cook County Circuit Court Illinois State, The Honorable Timothy C. Evans, Office of the Chief Judge, Circuit Court of Cook County, Illinois Department of Healthcare and Family Services (Child Support Service), Michael Deno, Executive Director & General Counsel, State of Illinois Judicial Inquiry Board, Kwame Raoul, Attorney General, Office of The Attorney General State of Illinois, violate Petitioner rights and his children rights, to have same value of speech to each other as Respondent has. Support: The 1st Amendment under U.S. CONSTITUTION

I. The Honorable Abbey Fishman Romanek, Judge Circuit Court of Cook County, The Honorable Grace G. Dickler, Presiding Judge Domestic Relations Division, Cook County Circuit Court Illinois State, The Honorable Timothy C. Evans, Office of the Chief Judge, Circuit Court of Cook County, Illinois Department of Healthcare and Family Services (Child Support Service), Michael Deno, Executive Director & General Counsel, State of Illinois Judicial Inquiry Board, Kwame Raoul, Attorney General, Office of The Attorney General State of Illinois, without Respondent speech of authority, is stilling Respondent's own money from each pay check, that suppose to be used for him and his children living expenses. Support: The 1st Amendment under U.S. CONSTITUTION, 45 CFR 302.65; 15 U.S. code § 1673, Marshall v. District Court for Forty-First-b Judicial District of Michigan, 444 F. Supp. 1110 (E.D. Mich. 1978)

## VERIFICATION

| | |
|---|---|
| **Petitioner\Plaintiff,**<br><br>-v-<br><br>The Honorable Abbey Fishman Romanek, Judge Circuit Court of Cook County<br><br>The Honorable Grace G. Dickler, Presiding Judge Domestic Relations Division, Cook County Circuit Court Illinois State<br><br>The Honorable Timothy C. Evans, Office of the Chief Judge, Circuit Court of Cook County<br><br>Illinois Department of Healthcare and Family Services (Child Support Service),<br><br>Michael Deno, Executive Director & General Counsel, State of Illinois Judicial Inquiry Board<br><br>Kwame Raoul, Attorney General, Office of The Attorney General State of Illinois<br><br>**Respondent\ Defendant** | **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS** |

I, __RADOSLAW MUSIEJUK__ (Print Name) being duly sworn, deposed and says I submit the information in the above-entitled proceeding and that the foregoing information is true to his own knowledge, except as to matters herein stated to be alleged on information and belief and as to those matters he believes it to be true.

_____(Sign Name)

STATE OF ANY STATE, County of
The foregoing instrument was acknowledged before me
This_____day of _____, 2022

By _____

_____Notary Public

My Commission Expires_____

08/09/2022

Radoslaw Musiejuk

RADOSLAW MUSIEJUK